NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OMNI MEDSCI, INC.,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

---

2021-2213

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00175.

---

## JUDGMENT

---

THOMAS A. LEWRY, Brooks Kushman PC, Southfield, MI, argued for appellant.  Also represented by JOHN S. LEROY, CHRISTOPHER C. SMITH.

JEFFREY PAUL KUSHAN, Sidley Austin LLP, Washington, DC, argued for appellee.  Also represented by THOMAS ANTHONY BROUGHAN, III, JOSHUA JOHN FOUGERE; MICHAEL ROBERTS, Dallas, TX.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, DYK and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>June 8, 2022</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |